No. 281. SHELLEY B. HUTCHINSON *v.* WILLIAM M. SPERRY AND EMILY SPERRY, HIS WIFE, FARMERS' LOAN & TRUST CO. OF NEW YORK, ET AL., ETC., ET AL. Appeal from the Circuit Court of Appeals for the Third Circuit. Argued April 28, 1926. Decided May 3, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of sections 128 and 240 of the Judicial Code; *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Goodrich* v. *Ferris*, 214 U. S. 71, 79. *Mr. William Mayo Atkinson* for appellant. *Messrs. Frederick Geller, Frederic J. Faulke, Robert H. McCarter*, and *Josiah Stryker* for appellees.

---

No. 287. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *v.* BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF SOUTH DAKOTA. Error to the Supreme Court of the State of South Dakota. Argued April 29, 1926. Decided May 3, 1926. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *McCain* v. *Des Moines*, 174 U. S. 128, 181; *Western Union Telegraph Company* v. *Ann Arbor R. R. Co.*, 178 U. S. 239, 243; *Spencer* v. *Duplan Silk Company*, 191 U. S. 526, 530; *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whitesides*, 239 U. S. 144, 147. *Mr. J. N. Davis*, with whom *Messrs. O. W. Dynes, E. L. Grantham, H. H. Field*, and *Frank K. Nebeker*, were on the brief, for plaintiff in error. *Mr. Raymond L. Dillman* for defendant in error.